| | | |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild<br>Agent: BPA Michael Everson | Telephone: (313) 226-9577<br>Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

United States of America  
   v.  
Victor DURAN-ROJAS

Case: 2:25−mj−30651  
Assigned To : Unassigned  
Assign. Date : 10/21/2025  
Description: CMP USA v Duran−Rojas (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 14, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about October 14, 2025, in the Eastern District of Michigan, Southern Division, Victor DURAN-ROJAS, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about October 26, 2010, at or near Laredo, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA  
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 21, 2025

City and state: Detroit, MI

*Judge's signature*

R. Steven Whalen, U.S. Magistrate Judge  
*Printed name and title*

**AFFIDAVIT**

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Victor DURAN-ROJAS, which reveals the following:

2. DURAN-ROJAS is a thirty-eight-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about October 8, 2010, DURAN-ROJAS was arrested by Immigration and Customs Enforcement and issued a Notice to Appear.

4. On or about October 21, 2010, DURAN-ROJAS was ordered removed back to Mexico by an Immigration Judge. He was subsequently removed on October 26, 2010, through Laredo, Texas.

5. On or about May 26, 2022, DURAN-ROJAS was arrested by Border Patrol Agents near Douglas, Arizona. He was removed back to Mexico under Title 42 that same date.

6. On October 12, 2025, DURAN-ROJAS was pulled over during a vehicle stop by Michigan State Police (MSP) for inoperative tail lamps and vehicle tag lamp. DURAN-ROJAS was the driver of the vehicle. During the vehicle stop, DURAN-ROJAS failed to provide the MSP Trooper with a valid driver's license and proof of insurance. DURAN-ROJAS was placed into handcuffs, and his vehicle was searched. During the search, a ziplock bag with a white powdery substance - which was confirmed later to be cocaine, was found on the driver's seat in plain view where DURAN-ROJAS was seated. MSP Trooper also found a loaded .45 caliber handgun that was on the floorboard underneath the driver's seat. DURAN-ROJAS was arrested and charged with illegal possession of a firearm and possession with the

      intent to distribute a controlled substance. DURAN-ROJAS was transported to the detention facility for processing.

7. On October 14, 2025, Detroit Border Patrol Agents encountered DURAN-ROJAS following a request for assistance to help identify a subject in custody with MSP following their vehicle stop. Agents arrived at the Detroit Detention Center to interview DURAN-ROJAS. DURAN-ROJAS freely stated that he was citizen of Mexico and did not possess any documents that would allow him to be or remain in the United States. DURAN-ROJAS posted bond for his criminal charges with the state of Michigan and was transported to the Detroit Border Patrol Station for immigration processing. His prior order of removal was reinstated.

8. Victor DURAN-ROJAS's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that DURAN-ROJAS is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that DURAN-ROJAS legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# xxx xxx 686) for Victor DURAN-ROJAS and queries in Department of Homeland Security databases confirm no record exists of DURAN-ROJAS obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on October 26, 2010.

11. Based on the above information, I believe there is probable cause to conclude that Victor DURAN-ROJAS, is an alien who was found in the United States after removal, without the express permission from the Attorney General of

the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable R. Steven Whalen
United States Magistrate Judge

October 21, 2025